

# THE ATTORNEY GENERAL

## OF TEXAS

GERALD C. MANN
XXXXXX XXXXXXXXXXX
ATTORNEY GENERAL

AUSTIN 11, TEXAS

October 15, 1940

Honorable Morris Rolston
County Attorney
Titus County
Mt. Pleasant, Texas

Dear Sir:

Supplemental Opinion No. O-2226-A
Re: Opinion No. O-2226

We have given careful reconsideration to our Opinion No. O-2226 wherein we held that a member of the local community committee of the Agricultural Adjustment Administration was a Federal officer within the meaning of Sections 12, 33, and 40 of Article XVI of the Constitution of Texas, and we have concluded that we were correct in our holding in said opinion. We do not believe that the facts set out in your letter of August 26th can alter the conclusion of that opinion.

Yours very truly

/s/ Gerald C. Mann
Gerald C. Mann
ATTORNEY GENERAL OF
TEXAS

GCM:BBB:da